IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL P. SMITH                                                                                      PLAINTIFF

      v.                                         CIVIL NO. 13-3099

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                                                  DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Michael Smith, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). ECF No. 1. On January 22 2015, Plaintiff filed a Motion to Dismiss. ECF No. 12. Plaintiff now concedes that substantial evidence supports the Commissioner's determination that he was not disabled prior March 30, 2008, his date last insured. Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 23rd day of January 2015.

                                                  /s/ *Mark E. Ford*
                                                  HONORABLE MARK E. FORD
                                                  UNITED STATES MAGISTRATE JUDGE